AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Tony M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, W.D. TX, Austin Division | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
Homer Thornberry Federal Judicial Building
903 San Jacinto, Ste. 322
Austin, TX 78701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Agreement with former law firm, Baker Botts LLP |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Baker Botts LLP - Partnership Income | $450,700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Wages from Williams-Sonoma |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | 4-11-13 | San Antonio, TX | Educational Seminar | Hotel, transportation |
| 2. | Bankruptcy Bench Bar Conference | June 5-7, 2013 | San Antonio, TX | Bench/Bar Conference and Seminar | Hotel, transportation |
| 3. | UT Consumer Bankruptcy Conference | August 8-9, 2013 | Galveston, TX | Educational Seminar | Hotel, transportation |
| 4. | National Conference of Bankruptcy Judges | October 30-November 2, 2013 | Atlanta, GA | Conference and Seminars | Hotel |
| 5. | OK Bar Association Annual Meeting | November 14, 2013 | Oklahoma City, OK | Educational Seminar | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property in Fairfax, VA | D | Rent | | | Sold | 04/19/13 | N | A | Arie Croitoru and Natalie |
| 2. Baker Botts Draw Account | D | Interest | | | Distributed | 03/29/13 | P1 | A | |
| 3. Baker Botts Capital Account | D | Interest | | | Distributed | 01/15/13 | M | A | |
| 4. 401K(Aim Liquid Asset Portfolio) | A | Int./Div. | | | Distributed | 08/29/13 | O | A | |
| 5. 401K (Pioneer Fund Y Share) | E | Int./Div. | | | Distributed | 08/29/13 | M | A | |
| 6. 401K (Vanguard Target 2015 Fund) | D | Int./Div. | | | Distributed | 08/29/13 | K | A | |
| 7. 401K(Dreyfus Emer. Mrkts. I) | B | Int./Div. | | | Distributed | 08/29/13 | K | A | |
| 8. 401K(Wells Fago Adv. Emer. Mkt I Fd.) | A | Int./Div. | | | Distributed | 08/29/13 | K | A | |
| 9. JP Morgan Core Moderate Growth Funds | F | Int./Div. | O | T | | | | | |
| 10. Invesco Diversified Divivdend Fund CL R5 | A | Dividend | | | | | | | |
| 11. | | | | | Buy | 05/07/13 | J | | |
| 12. | | | | | Sold | 08/23/13 | J | A | |
| 13. Aberdeen Emerging Mkts FD Instl SV CL | A | Dividend | J | T | Buy | 05/06/13 | J | | |
| 14. | | | | | Sold | 06/07/13 | J | A | |
| 15. | | | | | Buy | 07/0913 | J | | |
| 16. Artisan Small Cap Fund Investor CL | | None | J | T | Buy | 05/07/13 | J | | |
| 17. Blackrock National Muni Fund CL A | A | Dividend | L | T | Buy | 06/07/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 07/09/13 | K | B | |
| 19. | | | | | Buy | 08/23/13 | L | | |
| 20. | | | | | Buy (add'l) | 10/30/13 | J | | |
| 21. William Blair Int'l Growth Class N | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 22. Columbia Contrarian Core Fund CL R5 | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 23. Columbia Select Large Cap Growth R5 | | None | J | T | Buy | 05/07/13 | J | A | |
| 24. DWS Managed Municipal Bond CL S | A | Dividend | | | Buy | 05/07/13 | | | |
| 25. | | | | | Sold | 06/07/13 | L | B | |
| 26. | | | | | Buy | 07/09/13 | L | | |
| 27. | | | | | Sold | 08/23/13 | L | B | |
| 28. Dreyfus Opportunistic Midcap Value CL A | | None | J | T | Buy | 05/07/13 | J | A | |
| 29. American Europacific Growth Class F1 | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 30. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 31. | | | | | Sold | 07/09/13 | J | A | |
| 32. Fimm MMKT Port INst. CL | A | Int./Div. | K | T | Buy | 05/06/13 | K | | |
| 33. | | | | | Sold | 08/22/13 | J | | |
| 34. | | | | | Buy | 10/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 36. Fidelity Advosor Int'l Disc. CL I | | | | | Buy | 05/07/13 | J | | |
| 37. | | | | | Sold | 06/07/13 | J | A | |
| 38. Fidelity Emerging Markets | | | | | Buy | 06/07/13 | J | | |
| 39. | | | | | Sold | 07/09/13 | J | A | |
| 40. Fidelity Advisor New Insights CL 1 | | None | J | T | Buy | 05/07/13 | J | | |
| 41. | | | | | Sold | 08/23/13 | J | A | |
| 42. Fidelity Tax-Free Bond | A | Dividend | | | Buy | 05/07/13 | K | | |
| 43. | | | | | Sold | 06/07/13 | K | A | |
| 44. | | | | | Buy | 07/09/13 | L | | |
| 45. | | | | | Sold | 08/23/13 | L | A | |
| 46. Fidelity RE Investment | A | Dividend | | | Buy | 06/07/13 | J | | |
| 47. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 48. | | | | | Sold | 08/23/13 | J | A | |
| 49. Fidelity Growth Co. | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 50. Fidelity Low Priced Stock | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 51. Fidelity Dividend Growth | A | Dividend | J | T | Buy | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/30/13 | J | A | |
| 53. Fidelity Municipal Income | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 54. | | | | | Buy (add'l) | 12/23/13 | J | A | |
| 55. Franklin Federal Tax Free Class A | A | Int./Div. | | | Buy | 07/09/13 | J | | |
| 56. | | | | | Sold | 08/23/13 | J | A | |
| 57. Franklin Int'l SM Cap Growth Advisor | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 58. Goldman Sachs SM Cap Value Instl | A | Dividend | J | T | Buy | 05/07/13 | K | A | |
| 59. Oakmark Fund I | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 60. Oakmark Int'l CL I | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 61. | | | | | Buy (add'l) | 06/07/13 | J | A | |
| 62. ING Global Real Estate CL A | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 63. | | | | | Sold | 07/09/13 | J | A | |
| 64. | | | | | Buy | 08/23/13 | J | | |
| 65. Ishares Russell Midcap Value ETF | A | Dividend | J | T | Buy | 05/09/13 | J | | |
| 66. Ishares Russell 1000 Value ETF | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 67. | | | | | Sold | 08/27/13 | J | A | |
| 68. Ishares TR Russell 1000 Growth Index FD | | None | | | Buy | 05/09/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/11/13 | K | A | |
| 70. John Hancock Disciplined Value 12 | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 71. Lazard Emerging Mkts Equity Open CL Shrs | A | Dividend | J | T | Buy | 07/09/13 | J | A | |
| 72. MFS Int'l Value Fund CL A | | None | | | Buy | 05/07/13 | J | | |
| 73. | | | | | Sold | 06/07/13 | J | A | |
| 74. MFS Research Int'l Class A | | None | | | Buy | 05/07/13 | J | | |
| 75. | | | | | Sold | 06/07/13 | J | A | |
| 76. Manning & Napier World Oppt Ser CL A | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 77. | | | | | Buy (add'l) | 06/07/13 | J | A | |
| 78. Morgan Stanley Mid Cap Growth Port CL P | | None | J | T | Buy | 05/07/13 | J | A | |
| 79. AEW Real Estate FD CL A | | None | | | Buy | 05/07/13 | J | | |
| 80. | | | | | Sold | 06/07/13 | J | A | |
| 81. Nuveen All American Muni Bond Class 1 | A | Dividend | K | T | Buy | 06/07/13 | K | | |
| 82. | | | | | Sold | 07/09/13 | L | A | |
| 83. | | | | | Buy | 08/23/13 | K | | |
| 84. Oppenheimer Growth Class A | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 85. | | | | | Buy (add'l) | 07/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Oppenheimer Int'l Bond Fd CL Y | A | Dividend | | | Buy | 06/07/13 | J | | |
| 87. | | | | | Sold | 07/09/13 | J | A | |
| 88. Oppenheimer Dev Markets FD Class Y | | | | | Buy | 06/07/13 | J | | |
| 89. | | | | | Sold | 07/09/13 | J | A | |
| 90. Prudential Jennison Mid Cap Growth CL A | | None | J | T | Buy | 05/07/13 | J | A | |
| 91. SPDR S&P ETF Trust Unit Ser 1 | A | Dividend | K | T | Buy | 05/09/13 | K | | |
| 92. | | | | | Sold | 08/27/13 | J | A | |
| 93. T Rowe Price Int'l Stock | | | | | Buy | 05/07/13 | J | | |
| 94. | | | | | Sold | 06/07/13 | J | A | |
| 95. T Rowe Price Emerging Markets Stock | | | | | Buy | 05/07/13 | J | | |
| 96. | | | | | Sold | 06/07/13 | J | A | |
| 97. T Rowe Price Small Cap Value Advisor CL | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 98. | | | | | Sold | 08/23/13 | J | A | |
| 99. T Rowe Price Mid Cap Value Adv Class | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 100. Sector SPDR TR SHS Ben Int Financial | A | Dividend | J | T | Buy | 07/11/13 | J | | |
| 101. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 102. Templeton Frontier Mrkts FD Adv CL | A | Dividend | J | T | Buy | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/09/13 | J | A | |
| 104. Templeton Global Bond Class A | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 105. | | | | | Sold | 06/07/13 | J | A | |
| 106. | | | | | Buy | 07/09/13 | J | | |
| 107. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 108. Vanguard Index FDS Vanguard Growth Vipers | A | Dividend | K | T | Buy | 06/11/13 | K | | |
| 109. Wells Fargo Short Term Muni Inc-Inst. | A | Dividend | J | T | Buy | 05/07/13 | J | A | |
| 110. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 111. Wells Fargo Muni Bond FD | A | Dividend | K | T | Buy | 05/07/13 | K | | |
| 112. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 113. | | | | | Sold | 07/09/13 | K | A | |
| 114. | | | | | Buy | 08/23/13 | K | A | |
| 115. JP Morgan Savings Account | B | Interest | O | T | Open | 09/01/13 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Tony M. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tony M. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544